1

2

3

4

5

6

7

8                      **UNITED STATES DISTRICT COURT**

9          **CENTRAL DISTRICT OF CALIFORNIA** - **WESTERN DIVISION**

10

11   DONALD WRIGHT,                 )   NO. CV 15-9142-SVW (AS)
                                    )
12                Petitioner,       )
                                    )   **JUDGMENT**
13           v.                     )
                                    )
14   RON RACKLEY, Warden,           )
                                    )
15                Respondent.       )
                                    )
16   _____)

17

18        Pursuant to the "Order of Dismissal,"

19

20        IT IS ADJUDGED that the Petition is denied and dismissed

21   without prejudice.

22

23        DATED:   June 29, 2016.

24

25

26   _____

27                     STEPHEN V. WILSON
                  UNITED STATES DISTRICT JUDGE

28